Date: 02/01/11      **DIVIDENDS REMITTED TO THE COURT**      # 129282      Page:

Check Number 3008 Dated 02/01/11
Case Number 10-32326 - PALICKA, TODD W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (6-1) SAM'S CLUB | 000006 | 153.11 | 4.54 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (7-1) WALMART | 000007 | 153.72 | 4.56 |
| ---------- Remittance Total --------------- | | 306.83 | 9.10 |

*[signature]*
DOUGLAS A. DYMARKOWSKI, Trustee

Printed: 02/01/11 11:31 AM    Ver: 16.01c